1

2

3

4    JS 6

5

6

7

8                 **UNITED STATES DISTRICT COURT**

9                 **CENTRAL DISTRICT OF CALIFORNIA**

10

11   HAREL PIA MUTUAL FUND,            )    Case No.:  CV 10-6871 DSF (AJWx)

12            Plaintiff,               )

                                       )

13        vs.                          )    JUDGMENT

                                       )

14   TOYOTA MOTOR                      )
     CORPORATION, TOYOTA               )
15   MOTOR SALES U.S.A., INC.,         )
     TOYOTA MOTOR NORTH                )
16   AMERICA, INC., TOYOTA             )
     FINANCIAL SERVICES                )
17   AMERICAS CORPORATION,             )
     TOYOTA FINANCIAL SERVICES         )
18   CORPORATION, TOYOTA               )
     MOTOR CREDIT CORPORATION,         )
19   AKIO TOYODA, FUJIO CHO,           )
     MITSUO KINOSHITA, YOICHIRO        )
20   I. CHIMARU, ROBERT S.             )
     CARTER, IRVING A. MILLER,         )
21   YOSHIMI INABA, JAMES E.           )
     LENTZ, III, ROBERT C. DALY,       )
22   DAVID PELLICCIONI, WEI SHI,       )
     ICHIRO YAJIMA, CHRISTOPHER        )
23   BALLINGER, YUKITOSHI FUNO,        )
     TAKAHIKO IJICHI, TAKESHI          )
24   SUZUKI, EIJI HIRANO, JOHN F.      )
     STILLO, and GEORGE E. BORST,      )
25                                     )
              Defendants.              )
26                                     )
     _____  )
27

28

The Court, the Honorable Dale S. Fischer, District Judge, Presiding, having ordered that the complaint be dismissed,

IT IS ORDERED AND ADJUDGED that Plaintiff take nothing, that the action be dismissed with prejudice, and that Defendants recover their costs of suit pursuant to a bill of costs filed in accordance with 28 U.S.C. § 1920.

Dated: _____ 1/11/11

_____
Dale S. Fischer
United States District Judge